

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00333-CV

La Joya Independent School District
v.
Alberto Trevino d/b/a Bob Trevino Insurance Workplace Benefits Advisor

On Appeal from the
430th District Court of Hidalgo County, Texas
Trial Cause No. C-5495-16-J

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment dismissing the claims of appellee, Alberto Trevino d/b/a Bob Trevino Insurance Workplace Benefits Advisor. Costs of the appeal are adjudged against appellee.

We further order this decision certified below for observance.

February 14, 2019